IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. GERALD TODD, an individual, )<br>    )<br>        Plaintiff, )<br>    )<br>vs. )<br>    )<br>2. PACCAR, INC., d/b/a PACCAR WINCH, )<br>    a foreign corporation, )<br>    )<br>        Defendant. ) | Case No. CIV-16-521-RAW |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(ii), Plaintiff, Gerald Todd, by and through his counsel of record, Armstrong & Vaught, PLC, and Defendant, PACCAR Inc, by and through its counsel of record, Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal of all of Plaintiff's claims and causes of action in the above styled and numbered case with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 18th day of May, 2017.

Armstrong & Vaught PLC

By: */s/ Charles C. Vaught*\*
    Charles C. Vaught, OBA # 19962
    2727 East 21st Street, Suite 505
    Tulsa, OK 74114
    (918) 582-2500
    cvaught@a-vlaw.com

**ATTORNEYS FOR PLAINTIFF
GERALD TODD**

\*Signed by Filing Attorney with permission of Plaintiff's Attorney.

**NEWTON, O'CONNOR, TURNER & KETCHUM,
A PROFESSIONAL CORPORATION**

By:/s/ *W. Kirk Turner*_____
    W. Kirk Turner, OBA #13791
    Samanthia S. Marshall, OBA # 22640
    Harrison M. Kosmider, OBA # 32036
    15 West Sixth Street, Suite 2700
    Tulsa, Oklahoma 74119
    Phone (918) 587-0101
    Fax (918) 587-0102
    Email: *kturner@newtonoconnor.com*
          *smarshall@newtonoconnor.com*
          *hkosmider@newtonoconnor.com*

**ATTORNEYS FOR DEFENDANT
PACCAR INC**